KENNETH C. JOHNSTON, ESQ.
Texas Bar No. 00792608
E-mail:  kjohnston@krcl.com
BRIAN W. CLARK, ESQ.
Texas Bar No. 24032075
E-mail:  bclark@krcl.com
DAVID M. CLEM, ESQ.
Texas Bar No. 24050428
E-mail:  dclem@krcl.com
KANE RUSSELL COLEMAN & LOGAN PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone:  214/777-4200
Facsimile:  214/777-4299

F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
E-mail:  tedwards@nevadafirm.com
SARAH T. BASSETT, ESQ.
Nevada Bar No. 12326
E-mail:  sbassett@nevadafirm.com
HOLLEY, DRIGGS, WALCH,
PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:  702/791-0308
Facsimile:  702/791-1912

*Attorneys for Plaintiff*
*Blue Acquisition Member, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BLUE ACQUISITION MEMBER, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BAILEY PEAVY BAILEY, PLLC, <br><br> Defendant. | CASE NO. 2:14-cv-02013- GMN-NJK <br><br> **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS, TRANSFER OR STAY** <br><br> **(First Request)** |

Plaintiff Blue Acquisition Member, LLC ("Plaintiff"), by and through its undersigned counsel, and Defendant Bailey Peavy Bailey, PLLC ("Defendant"), by and through its undersigned counsel, and hereby state as follows:

10445-01/1502462.doc

1.      On April 24, 2015, Defendant filed its Motion to Dismiss for Lack of Personal Jurisdiction or Alternatively Motion to Transfer Venue or Enter a Stay (Dkt. No. 32) (the "Motion").

2.      The response to the Motion is currently due May 11, 2015.

3.      Counsel for Plaintiff responsible for preparing the response to the Motion has been in trial, such that counsel for Plaintiff requested and counsel for Defendant agreed to a one-week extension to allow Plaintiff to respond to the Motion.

In light of the foregoing, the Parties stipulate and agree, subject to this Court's approval, as follows:

1.      That the time for Plaintiff to respond to the Motion shall be extended;

2.      Plaintiff shall respond to the Motion by or before May 18, 2015.

Dated this 8th day of April, 2015.

| HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON | PISANELLI BICE PLLC |
|---|---|
| By: _/s/ F. Thomas Edwards_ | By: _/s/ Jarrod L. Rickard_ |
| F. Thomas Edwards, Esq., #9549 | James J. Pisanelli, Esq., #4027 |
| Sarah T. Bassett, Esq., #12326 | Debra L. Spinelli, Esq., #9695 |
| 400 South Fourth Street, Third Floor | Jarrod L. Rickard, Esq., #10203 |
| Las Vegas, Nevada 89101 | 400 South 7th Street, Suite 300 |
|  | Las Vegas, Nevada 89101 |
| Attorneys for Plaintiff | Attorneys for Defendant |

## ORDER

IT IS SO ORDERED that the time for Plaintiff to respond to the Motion shall be extended to May 18, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court
**DATED: 05/13/2015**

CASE NO. 2:14-cv-02013- GMN-NJK

10445-01/1502462.doc