KENNETH C. JOHNSTON, ESQ.
Texas Bar No. 00792608
E-mail: kjohnston@krcl.com
BRIAN W. CLARK, ESQ.
Texas Bar No. 24032075
E-mail: bclark@krcl.com
DAVID M. CLEM, ESQ.
Texas Bar No. 24050428
E-mail: dclem@krcl.com
KANE RUSSELL COLEMAN & LOGAN PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone:  214/777-4200
Facsimile:  214/777-4299

F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
SARAH T. BASSETT, ESQ.
Nevada Bar No. 12326
E-mail: sbassett@nevadafirm.com
HOLLEY, DRIGGS, WALCH,
PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:  702/791-0308
Facsimile:  702/791-1912

*Attorneys for Plaintiff*
*Blue Acquisition Member, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLUE ACQUISITION MEMBER, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BAILEY PEAVY BAILEY, PLLC,<br><br>Defendant. | CASE NO. 2:14-cv-02013- GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS, TRANSFER OR STAY**<br><br>(Second Request) |

Plaintiff Blue Acquisition Member, LLC ("Plaintiff"), by and through its undersigned counsel, and Defendant Bailey Peavy Bailey, PLLC ("Defendant"), by and through its undersigned counsel, hereby state as follows:

///

///

- 1 -

10445-01/1506309

1. On April 24, 2015, Defendant filed its Motion to Dismiss for Lack of Personal Jurisdiction or Alternatively Motion to Transfer Venue or Enter a Stay (Dkt. No. 32) (the "Motion").

2. The response to the Motion was originally due May 11, 2015.

3. On May 8, 2015, the parties submitted a Stipulation and [Proposed] Order Extending Time to Respond to Motion to Dismiss, Transfer or Stay (First Request) (Dkt. No. 33), requesting a one-week extension to allow Plaintiff to respond to the Motion based upon the trial schedule of counsel for Plaintiff, which the Court granted on May 18, 2015, (Dkt. No. 34).

4. Thereafter, the parties attempted to resolve the Motion by agreement but were unable to do so.

5. As a result of these negotiations, Plaintiff delayed the Opposition in the hope that the parties could consensually resolve the Motion. Because no agreement was reached, Plaintiff requested and Defendant agreed to another one-week extension to allow Plaintiff to respond to the Motion.

In light of the foregoing, the Parties stipulate and agree, subject to this Court's approval, as follows:

1. That the time for Plaintiff to respond to the Motion shall be extended;

2. Plaintiff shall respond to the Motion by or before May 26, 2015.

Dated this 15th day of May, 2015.

| HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON | PISANELLI BICE PLLC |
|---|---|
| By: /s/ F. Thomas Edwards<br>F. Thomas Edwards, Esq., #9549<br>Sarah T. Bassett, Esq., #12326<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada  89101<br><br>*Attorneys for Plaintiff* | By: /s/ Jarrod L. Rickard<br>James J. Pisanelli, Esq., #4027<br>Jarrod L. Rickard, Esq., #10203<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada  89101<br><br>*Attorneys for Defendant* |

///

///

///

10445-01/1506309

## **ORDER**

IT IS SO ORDERED that the time for Plaintiff to respond to the Motion shall be extended to May 26, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED: May 15, 2015

CASE NO. 2:14-cv-02013- GMN-NJK

10445-01/1506309