James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Jarrod L. Rickard, Esq., Bar No. 10203
JLR@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada  89101
Telephone: 702.214.2100
Facsimile:  702.214.2101

*Attorneys for Defendant Bailey Peavy Bailey, PLLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BLUE ACQUISITION MEMBER, LLC, <br><br>Plaintiff, <br>vs. <br><br>BAILEY PEAVY BAILEY, PLLC, <br><br>Defendant. | Case No.    2:14-cv-02013-GMN-NJK <br><br>**STIPULATION AND ORDER REGARDING DEFENDANT'S DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** <br><br>**(First Request)** |

Defendant Bailey Peavy Bailey, PLLC ("Bailey Peavy"), by and through its undersigned counsel, and Plaintiff Blue Acquisition Member, LLC ("Blue Acquisition"), by and through its counsel, hereby state as follows:

1. Bailey Peavey filed a Motion to Dismiss for Lack of Personal Jurisdiction or Alternatively Motion to Transfer Venue or Enter a Stay ("Motion to Dismiss") on April 24, 2015 (Doc. 32);

2. Blue Acquisition filed a Response to Bailey Peavy's Motion to Dismiss and Countermotion for Jurisdictional Discovery on May 26, 2015 (Doc. 38);

3. The deadline for Bailey Peavy's Reply In Support of its Motion to Dismiss is June 5, 2015;

4. The deadline for Bailey Peavy's Opposition to Blue Acquisition's Countermotion for Jurisdictional Discovery is June 12, 2015;

1

5. Bailey Peavy's counsel requested and Blue Acquisition agreed that the deadline for Bailey Peavy's Reply in Support of its Motion to Dismiss shall be continued to June 12, 2015, so that Bailey Peavy may file only one brief.

In light of the foregoing, the Parties STIPULATE AND AGREE, subject to this Court's approval, as follows:

1. That the deadline for Bailey Peavy's Reply In Support of its Motion to Dismiss (Doc. 32) shall be continued to June 12, 2015;

2. Blue Acquisition shall have until June 22, 2015, to file its Reply In Support of Countermotion for Jurisdictional Discovery (Doc. 38).

DATED this 1st day of June 2015

| HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON | PISANELLI BICE PLLC |
|---|---|
| By: /s/ F. Thomas Edwards<br>F. Thomas Edwards, Esq., #9549<br>Sarah T. Bassett, Esq., #12326<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101 | By: /s/ Jarrod L. Rickard<br>James J. Pisanelli, Esq., #4027<br>Debra L. Spinelli, Esq., #9695<br>Jarrod L. Rickard, Esq., #10203<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101 |
| Attorneys for Plaintiff | Attorneys for Defendant |

## ORDER

IT IS SO ORDERED that:

3. That the deadline for Bailey Peavy's Reply In Support of its Motion to Dismiss (Doc. 32) shall be continued to June 12, 2015;

4. Blue Acquisition shall have until June 22, 2015, to file its Reply In Support of Countermotion for Jurisdictional Discovery (Doc. 38).

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 06/02/2015**

2